UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 03-C-1456 |
| | ) |
| GORDON G. SPAULDING; DONNA M. SPAULDING; ROBERT D. SPAULDING; KENNETH G. SPAULDING; RENE SCHUBART, as Guardian of the Person and Estate of GLEN W. SPAULDING; JOHN DOE, as Personal Representative of the ESTATE OF BERNICE V. SPAULDING; OUTAGAMIE COUNTY; VANZEELAND OIL CO.; PROSPERA CREDIT UNION, f/k/a BANTA COMMUNITY CREDIT UNION; and WISCONSIN DEPARTMENT OF WORKFORCE DEVELOPMENT, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER TO VACATE**

---

WHEREFORE, plaintiff United States and defendants Gordon Spaulding and Donna Spaulding, having stipulated to the foreclosure of federal tax liens against the real property located at N2077 Municipal Drive, in Outagamie County, Greenville, Wisconsin ("Municipal Drive property"), and the United States having requested an Order of this Court that defendants Gordon Spaulding and Donna Spaulding, and all other persons acting in concert with them, on their behalf, or residing thereon vacate and depart from the Municipal Drive property on or before August 31, 2005, and good cause having been found,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the defendants Gordon Spaulding and Donna Spaulding, and all other persons acting in concert with them, on their behalf, or residing thereon, shall, no later than 12:00 o'clock noon on August 31, 2005, vacate and depart from the Municipal Drive property, and

**IT IS FURTHER ORDERED** that the United States Marshal is authorized and directed to enforce this Order at any time that he deems appropriate after 12:00 o'clock noon on August 31, 2005, by (1) entering the subject property and any and all structures and vehicles located thereon, (2) evicting any unauthorized persons from all locations on the subject property, including but not limited to the structures, vehicles, and grounds, and (3) using force as necessary to accomplish this mission. When the United States Marshal concludes that all unauthorized persons have vacated or been evicted from the property, he shall relinquish possession and custody of the subject property and any personal property found thereon to a Receiver to be appointed by a separate order of this Court, and

**IT IS FURTHER ORDERED** that should Gordon Spaulding, Donna Spaulding, or any person acting in concert with them, on their behalf, or residing thereon either fail to vacate and depart from the subject property by 12:00 o'clock noon on August 31, 2005, or attempt to enter onto the Municipal Drive property after that date and time, that person shall be subject to being found in contempt of this court's order, which may subject that person to a fine, incarceration, or both, and

**IT IS FURTHER ORDERED** that within ten days of the entry of this order, the United States Marshal shall hand deliver a copy of this Order to defendants Gordon Spaulding, Donna

Spaulding, or any person residing at the subject property or leave a copy of this Order posted in a prominent location at the structure on the subject property.

**SO ORDERED**.

Dated this   5th   day of August, 2005.

                                       s/ William C. Griesbach
                                       WILLIAM C. GRIESBACH
                                       United States District Judge