# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>GORDON G. SPAULDING; DONNA M. )<br>SPAULDING; ROBERT D. SPAULDING; )<br>KENNETH G. SPAULDING; RENE )<br>SCHUBART, as Guardian of the Person and )<br>Estate of GLEN W. SPAULDING; JOHN )<br>DOE, as Personal Representative of the )<br>ESTATE OF BERNICE V. SPAULDING; )<br>OUTAGAMIE COUNTY; VANZEELAND )<br>OIL CO.; PROSPERA CREDIT UNION, )<br>f/k/a BANTA COMMUNITY CREDIT )<br>UNION; and WISCONSIN DEPARTMENT )<br>OF WORKFORCE DEVELOPMENT, )<br>)<br>      Defendants. ) | Civil No. 03-C-1456 |

---

## ORDER

---

Having reviewed the stipulation of the plaintiff, United States, and defendants Gordon G. Spaulding and Donna M. Spaulding, to vacate as moot the (1) Order Appointing Receiver (Docket Entry No. 56), and (2) Order to Vacate (Docket Entry No. 57), extended by Margin Order; and their further stipulation to modify the Stipulation for Entry of Judgment and Order approved by the Court on January 24, 2005 (Docket Entry No. 38),

    **IT IS HEREBY ORDERED** the Stipulation is APPROVED; and

    **IT IS FURTHER ORDERED** that the Order Appointing Receiver and the Order to Vacate are vacated as moot; and

**IT IS FURTHER ORDERED** that the Stipulation for Entry of Judgment and Order is amended by (1) deleting ¶3; (2) replacing "$183,135.09" where it appears in ¶¶ 1 and 2, with $26,040.21; (3) replacing "December 15, 2003," where it appears in ¶¶ 1 and 2, with November 28, 2005; (4) deleting subparagraphs (a) and (b) of ¶ 4; and (5) deleting ¶¶ 5 and 6, and judgment shall be entered accordingly in favor of the United States and against Gordon G. Spaulding and Donna M. Spaulding.

Dated this   23rd   day of January, 2006.

                                               s/ William C. Griesbach
                                               WILLIAM C. GRIESBACH
                                               UNITED STATES DISTRICT JUDGE

1509735.1